WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP

FOUNDED 1888

270 MADISON AVENUE
NEW YORK, NY 10016
212-545-4600

750 B STREET - SUITE 2770
SAN DIEGO, CA 92101

WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC
55 WEST MONROE STREET, SUITE 1111
CHICAGO, IL 60603

MITCHELL FLACHNER
DIRECT DIAL: 212-545-4632
FACSIMILE: 212-686-0114
flachner@whafh.com

February 26, 2015

**VIA ECF**

Hon. Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1610
New York, New York 10007

**Re: Evan Gozali, by his next friend Harriet Gozali, Harriet Gozali and Zachary Gozali v. 125 West 96th Street Owners Corp, *et al.***
**Civil Action No. 15 CV 01183**

Dear Judge Cote:

Our firm represents defendants 125 West 96th Street Owners Corp. and Jeffrey DeMarco, Lisa Lehr, David Gallo, Christopher Knisley and Anne Chenebenoit, as the Board of Managers of The 125 West 96th Street Owners. Corp. (collectively, the "Defendants"), in the above-referenced action (the "Action").

We are writing to request an extension of time to answer or move with respect to the Complaint in the Action through and including March 31, 2015. Defendants' response to the Complaint is currently due March 16, 2015. There have been no prior requests for an extension of time to answer or move with respect to the Complaint.

Counsel for Plaintiffs, Moritt Hock & Hamroff, LLP, by Robert L. Schonfeld, Esq., has consented to our proposed request.

Thank you for your consideration.

Respectfully,

Mitchell Flachner

cc: Robert L. Schonfeld, Esq. (via e-mail)
/775608