UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EVAN GOZALI, BY HIS NEXT FRIEND HARRIET GOZALI, HARRIET GOZALI AND ZACHARY GOZALI

Plaintiff(s), Petitioner(s)

*against*

125 WEST 96TH STREET OWNERS CORP., ET AL

Defendant(s), Respondent(s)

ATTORNEY: Moritt, Hock & Hamroff LLP.

Index No.: 15 CV 01183

DATE OF FILING: 2/19/2015

## AFFIDAVIT OF SERVICE

STATE OF N.Y.: COUNTY OF NASSAU: ss:

I, John L. Hudak, being duly sworn according to law upon my oath, depose and say, that deponent is not a party to this action, is over 18 years of age and resides in Northport, NY.

That on **February 24, 2015 at 8:19 PM at 125 W 96th Street, Apt. 6C, New York, NY 10025,** deponent served the **Summons in a Civil Action & Civil Complaint & Civil Cover Sheet** upon **Christopher Knisley**, defendant/respondent/recipient herein .

Said service was effected in the following manner;

By delivering thereat a true copy *of each* to **Christopher Knisley**, personally; deponent knew said person so served to be the person mentioned and described as said defendant/respondent/recipient therein.

Deponent describes the individual served to the best of deponent's ability at the time and circumstances of service as follows: Sex: **Male** Skin: **White** Hair: **Blonde** Age(Approx): **40** Height(Approx): **5' 11"** Weight(Approx): **180-190 lbs**
Other:

I asked the defendant/respondent/recipient if he/she was in active military service of the United States or the State of New York in any capacity and received a negative reply. Defendant/respondent/recipient wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant/respondent/recipient is not in the military service of New York State or the United States as that term is defined in the statues of New York State or the Federal Soldiers and Sailors Civil Relief Act.

I certify that the foregoing statements made by me are true, correct and my free act and deed. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

John L. Hudak, License No. 1392295

Sworn to before me on February 27 2015

~~Craig L. Eisenberg,~~
~~Notary Public~~, State of New York
Registration No. ~~01E~~16030725
Qualified in Suffolk County
~~Commission Expires September 20, 2017~~

**Alexander James**
**Notary Public, State of New York**
**Registration No. 01JA6029931**
**Qualified in Nassau County**
**Commission Expires August 30, 2017**

Executive Attorney Services, 585 Stewart Ave, Ste LL-16, Garden City, NY 11530 (516) 333-3447
Case No.: 176615